# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81072-CV-MIDDLEBROOKS

HOWARD COHAN,

     Plaintiff,

v.

NADG/BROCK (ALTON PBG) LP.

     Defendant.

_____/



FILED BY _____ D.C.

DEC 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REGARDING PLAINTIFF'S COUNSEL'S NOTICE OF WITHDRAWAL

**THIS CAUSE** comes before the Court upon the Notice of Alexandra Marie Dragovich ("Ms. Dragovich") to withdraw as co-counsel of record for Defendant, filed on November 29, 2022. (DE 21). Under Local Rule 11.1(d)(3), "no attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel." L.R. 11.1(d)(3). Ms. Dragovich has not indicated that any such notice has been served upon Defendant, however I note that another attorney from Ms. Dragovich's former law firm remains on the case as counsel for Defendant. The withdrawal appears to be unopposed, as the deadline for Plaintiff to respond has expired and no response to the Notice was filed.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The Notice of Withdrawal (construed as a Motion to Withdraw as Counsel) (DE 21) is **GRANTED**.

2.     Attorney Alexandra Marie Dragovich shall be terminated as counsel of record, and shall no longer have any responsibility for this matter. Defendant will continue to be represented by attorneys at the law firm of Englander Fischer LLP.

3.   The Parties are advised that this Order will not constitute good cause to modify and or extend litigation deadlines.

**SIGNED** in Chambers at West Palm Beach, Florida this *15* day of December, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record

2